■ In the Matter of the Claim of MIGUEL QUILES, Appellant. COMMISSIONER OF LABOR, Respondent. [997 NYS2d 96]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 16, 2014, which dismissed claimant's appeal from a decision of the Administrative Law Judge as untimely.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.